UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-23288-RAR

**ALEJANDRO ESPINOZA**,

    Plaintiff,

v.

**GAMESTOP, INC.**, *d/b/a* **GAMESTOP**,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 12] ("Notice"), filed on October 17, 2025. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of October, 2025.

                                                          _____
                                                          **RODOLFO A. RUIZ II**
                                                          **UNITED STATES DISTRICT JUDGE**